**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

SARA VILLAMAR,

      Plaintiff,                                CASE NO.: 1:22-cv-23181-KMW

v.

LEXINGTON INSURANCE COMPANY,

      Defendant.

_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____  IS related to the pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

___X___  IS NOT related to any pending or closed civil or criminal case filed with this Court, or any Federal or State Court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  October 14, 2022.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court via CM/ECF on this 14th day of October, 2022.  I also certify that the foregoing document is being served this day on all counsel of record:

    Carlos Santi, Esq.
    Property & Casualty Law Group
    csanti@pclawgroup.com

        Respectfully submitted,
        **CLAUSEN MILLER P.C.**

By:   */s/ Irene Thaler*
       IRENE THALER, ESQ., FBN: 88288
       4830 West Kennedy Blvd., Suite 600
       Tampa, Florida 33609
       Phone: (813) 519-1027
       ithaler@clausen.com
       rgomez@clausen.com
       ylyles@clausen.com
       *Counsel for Defendant*