UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SARA VILLAMAR,

      Plaintiff,                                CASE NO.: 1:22-cv-23181-KMW

v.

LEXINGTON INSURANCE COMPANY,

      Defendant.

_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, LEXINGTON INSURANCE COMPANY, by and through the undersigned counsel of record, hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party[1].

    **Lexington Insurance Company – Defendant**
    **Lexington Insurance Company is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly- owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation.**

    **Sara Villamar – Plaintiff**

    **Carlos Santi, Esq. - Counsel for Plaintiff**

    **Property & Casualty Law Group – Counsel for Plaintiff**

    **Irene Thaler, Esq. – Counsel for Defendant**

    **Clausen Miller P.C. - Counsel for Defendant**

---

[1] A party should not routinely list the assigned District Judge or Magistrate Judge as an interested person absent some non-judicial interest.

   2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  **AIG Property Casualty U.S., Inc.**
  **AIG Property Casualty Inc.**
  **American International Group, Inc.**

   3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

  **None.**

   4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

  **None.**

   5. Check one of the following:

 __X__ a. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict
-or-

 ____ b. I certify that I am aware of a conflict or basis of recusal of the district judge or magistrate judge as follows: (explain).

Dated this 14th day of October, 2022.

       Respectfully submitted,

       **CLAUSEN MILLER P.C.**

    By: */s/ Irene Thaler*
      IRENE THALER, ESQ., FBN: 88288
      4830 West Kennedy Blvd., Suite 600
      Tampa, Florida 33609
      Phone: (813) 519-1027
      ithaler@clausen.com
      rgomez@clausen.com
      ylyles@clausen.com
      *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court via CM/ECF on this 14th day of October, 2022. I also certify that the foregoing document is being served this day on all counsel of record:

Carlos Santi, Esq.
Property & Casualty Law Group
csanti@pclawgroup.com

**CLAUSEN MILLER P.C.**

By: */s/ Irene Thaler*
IRENE THALER, ESQ.,
FBN: 88288

8620518.1